UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Latoya McCrae,<br><br>      Plaintiff,<br><br>-against-<br><br>Trans Union LLC,<br><br>      Defendant. | Case No. 1:23-cv-07971 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Latoya McCrae ("Plaintiff") sued Trans Union LLC ("Defendant") in New York state court on August 10, 2023. ECF No. 1-1 (the "Complaint"). Defendant removed the case to this Court on September 8, 2023. ECF No. 1 ¶ 3.

  On April 29, 2024, the Court granted Defendant's motion to dismiss the Complaint. *McCrae v. Trans Union LLC*, 2024 WL 1859965, at *1 (S.D.N.Y. Apr. 29, 2024). The Court *sua sponte* granted Plaintiff leave to amend within 35 days, that is, by June 3, 2024. *Id.* at *2. The Court warned that if Plaintiff did not file an amended complaint by that deadline, the Court would close the case. *Id.* at *3.

  The 35-day deadline has passed without Plaintiff submitting an amended complaint or otherwise communicating with the Court. The Court is mindful of the solicitude due to *pro se* parties such as Plaintiff, but "solicitude for *pro se* litigants does not require [courts] to excuse failure to comply with understandable procedural rules and mandatory deadlines." *Kotler v. Jubert*, 986 F.3d 147, 156 (2d Cir. 2021).

  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and CLOSE the case.

Dated: June 6, 2024
    New York, New York

                         SO ORDERED.

                         *Jennifer Rochon*
                         JENNIFER L. ROCHON
                         United States District Judge